1  PHILLIP A. TALBERT
United States Attorney
2  EMILY G. SAUVAGEAU
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

**FILED**

Mar 09, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6
7  Attorneys for Plaintiff
United States of America

8
9                 IN THE UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
10

11  IN THE MATTER OF THE TRACKING OF:                    CASE NO: 2:22-SW-0704 CKD

12  A Red 2021 Nissan Rogue, WITH LICENSE                [PROPOSED] ORDER TO UNSEAL SEARCH
    PLATE FX110DP and Vehicle Identification             WARRANT AND SEARCH WARRANT
13  Number JN1BJ1CW3MW437525                             AFFIDAVIT

14

15      Upon application of the United States of America and good cause having been shown,

16      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

17

18   Dated:  March 9, 2023

                                                    _____
19                                                  THE HONORABLE JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT